JAMES H. BRADY, Appellant, *v.* NATHAN HUTKOFF, Respondent.

*Brady* v. *Hutkoff*, 13 Misc. Rep. 515, affirmed.
(Submitted March 15, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered July 8,

1895, upon an order affirming a judgment in favor of defendant entered upon the report of a referee.

*C. N. Boyee, Jr.*, and *J. McG. Goodale* for appellant.

*David Leventritt* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.